UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Talitha Scott-Mosley,<br><br>             Plaintiff,<br>     v.<br><br>Key 2 Recovery, Inc.; and DOES 1-10, inclusive,<br><br>             Defendants. | :<br>:<br>:<br>:<br>:  Civil Action No.:  3:10-cv-00839-RET -SCR<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: May 13, 2011

                                               Respectfully submitted,

                                               PLAINTIFF, Talitha Scott-Mosley

                                               By:  /s/ Mary Marshall Smythe_____
                                                   Mary Marshall Smythe, Esq.
                                                   (Bar. No.: 27092)
                                                   77 West 85th Street, Apt. 6E
                                                   New York, NY 10024
                                                   Attorneys for Plaintiff

                                                   Of Counsel To:

                                                   LEMBERG & ASSOCIATES L.L.C.
                                                   1100 Summer Street, 3rd Floor
                                                   Stamford, CT 06905
                                                   Telephone: (203) 653-2250
                                                   Facsimile:  (877) 795-3666

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 13, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Louisiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By /s/ Mary Marshall Smythe_____

                                          Mary Marshall Smythe